**Electronically Filed**
**Supreme Court**
**SCWC-16-0000780**
**14-MAY-2019**
**02:58 PM**

SCWC-16-0000780

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NATHAN PACO, Petitioner/Plaintiff-Appellant,

vs.

MARY K. MYERS, dba MARY K. MYERS, Ph.D., dba MARY MYERS, Ph.D., INC., aka MARY MYERS, TRUST, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000780; CIV. NO. 16-1-0842)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Nathan Paco's

Application for Writ of Certiorari, filed on March 19, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, May 14, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

